# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| IAN RAY FINDLAY, <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON, <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 4:19-CV-5124-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 4, Rules Governing Section 2254 Cases, the petition (ECF No. 1) in this matter is DISMISSED. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE in the Order Summarily Dismissing Habeas Petition at ECF No. 3.

Date: May 16, 2019

*CLERK OF COURT*

SEAN F. McAVOY

Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry